## IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| ALABAMA ONE CREDIT UNION, ) <br> a not-for-profit financial institution, and ) <br> JOHN DEE CARRUTH, an individual, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> DAVID BYRNE, an individual, ) <br> SENATOR GERALD H. ALLEN, an ) <br> individual, SARAH MOORE, an ) <br> individual, JUSTICE D. "JAY" ) <br> SMYTH, III, an individual, LEWIS ) <br> SMYTH WINTER FORD LLC, a ) <br> domestic limited liability company, ) <br> ALBERT G. LEWIS, III, an individual, ) <br> BOBBY COCKRELL, an individual, ) <br> DOUG KEY, an individual, and LARRY ) <br> D. MORGAN, an individual, ) <br> ) <br>     **Defendants.** ) | Case No.: 7:15-cv-01089-LSC |

### DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant Larry Morgan, pursuant to Rules 12(b)(6), 54(b) and 56 of the Federal Rules of Civil Procedure, by and through undersigned counsel, and respectfully moves the Court to dismiss the Plaintiffs' claims against him or, in the alternative, enter Summary Judgment against Plaintiffs. Because there are no genuine issues of material fact as to any of Plaintiffs' claims against this Defendant,

Defendant Larry Morgan is entitled to judgment as a matter of law.  This Motion is based on the following:

> The attached Brief in Support of Motion to Dismiss or, in the alternative, Motion for Summary Judgment;
>
> The attachments to the Brief in Support of Motion to Dismiss or, in the alternative, Motion for Summary Judgment;
>
> Exhibit A – Release dated March 21, 2014; and
>
> Exhibit B – Affidavit of Larry Morgan.

**WHEREFORE**, Defendant Larry Morgan prays that the Court grant his Motion and enter judgment against Plaintiffs with all costs taxed against the Plaintiffs.

Respectfully submitted this 20th day of August, 2015.

> */s/ W. David Ryan*
> W. DAVID RYAN (ASB-8710-A61W)
>
> */s/ Terri Olive Tompkins*
> TERRI OLIVE TOMPKINS (ASB-1594-M72T)
>
> PHELPS, JENKINS, GIBSON & FOWLER, L.L.P.
> Attorneys for Defendant Larry Morgan
> 1201 Greensboro Avenue
> Tuscaloosa, Alabama 35401
> Telephone:   (205) 345-5100
> Telefax:       (205) 758-4394
> E-Mail:        ttompkins@pjgf.com
>                       dryan@pjgf.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following, or if not electronically served, I have mailed a copy of same via first class United States mail, postage prepaid, to the following:

Jeven R. Sloan
Loewinsohn Flegle Deary, LLP
The Kress Building
301 Nineteenth Street North, Suite 520
Birmingham, AL 35203

John C. Neiman, Jr.
Maynard Cooper & Gale P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

William J Donald , III
DONALD RANDALL & DONALD
P O Box 2155
Tuscaloosa, AL 35403

J. Douglas McElvy
J. Douglas McElvy, Esquire
2740 Zelda Road, Fourth Floor
Montgomery, AL 36106

W. Percy Badham
Brannon J. Buck
BADHAM & BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, Alabama 35203

Jason Matthew Bledsoe
Office of the Attorney General
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130-0152

Robert P. Reynolds
Reynolds Reynolds & Little, LLC
P. O. Box 2863
Tuscaloosa, AL 35403-2863

Gilbert C. Steindorff, IV
Reynolds Reynolds & Little, LLC
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209

                                            */s/ Terri Olive Tompkins*
                                            Of Counsel