FILED
2016 Jan-22 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN DEE CARRUTH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 7:15-cv-01089-LSC |
| DAVID BYRNE, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

The Court has the parties' Motion to Stay. That Motion is DENIED. The parties are instructed to submit a report of parties' planning meeting within one week of this Order. The Plaintiff has indicated he intends to file a motion to amend his complaint. He has ten (10) days from the date of this Order to file a motion to amend.

Done and Ordered this 22nd day of January, 2016.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185